**UNITED STATES BANKRUPTCY COURT**
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
Suite 5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Telephone (412) 644-4052

MICHAEL R. RHODES
CLERK OF COURT


Clerk, U.S. District Court
700 Grant Street
3100 U.S. Courthouse
Pittsburgh, PA   15219

       In Re: U LOCK, INC – 22-20823-GLT
       County: Westmoreland
       Civil Action No: 2:22-cv-1284
       District Court Judge: Robert J. Colville

Dear Clerk:

## TRANSMITTAL TO DISTRICT COURT

 The following documents have been designated in the appellants designation of record: (document numbers 1,7,14,18, 22 to 34, 36,38,40 to 43,46,49,53,55, 58 to 67,69,71-74,78-80,84,86,88,90-92,96,97,100,102,104 adv.no 22-2048,105,108-113,115,117,120,121,125,127-129,131,135-139,141-143,146-151,158-161,163,167,170,173-177). The following documents have been designated in the appellees designation of record: (None have been designated).

The transcripts at Document #'s 38,88,115,139 have been unlocked and transmitted to you.  The transcript will need to be relocked when received by your court.  Also, no filing fee has been paid at this time.

 Please acknowledge receipt of this transmittal letter.

       Sincerely,

       MICHAEL R. RHODES
       Clerk, U.S. Bankruptcy Court


      By:   s/Adriane Alampi
          Deputy Clerk

            #55d-D